UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:　　　　　　　　　　　　CHAPTER 13
　　　　　　　　　　　　　　　　　　　　　　CASE NO: 18-52810
Joy Lawery, Debtor(s)　　　　　　　　　　JUDGE: [X] TUCKER　　[ ] OXHOLM

## STIPULATION ADJOURNING HEARING

This matter currently scheduled for hearing on __2/7/19__, regarding
**(ONLY PROVISIONS CHECKED BELOW SHALL APPLY):**

- [ ] the First Meeting of Creditors.
- [ ] a Motion to Dismiss case.
- [X] Confirmation of Plan.
- [ ] a Motion to lift stay as to Creditor _____.
- [ ] Other: _____.

The parties having agreed to the terms herein, based on the records of the Court, the court being otherwise sufficiently advised in the premises, and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore;

**IT IS STIPULATED AND AGREED that:**
**(ONLY PROVISIONS CHECKED BELOW SHALL APPLY)**

- [X] The above referenced matter is adjourned to __3/7/19 @ 9:00__.
- [ ] Debtor(s) shall be 100% current in Plan Payments, pursuant to the Trustee's records, on or before _____.
- [ ] Debtor(s) shall file and serve amended _____ on or before _____.
- [ ] Debtor(s) shall attend the adjourned First Meeting of Creditors.
- [ ] Other: _____.

**IT IS FURTHER STIPULATED** that if any of the above is not completed by the date and time specified, the case shall be dismissed upon Order of the Court without further notice or hearing.

**IT IS FURTHER STIPULATED** that the deadline for the Chapter 13 Trustee to file objections to confirmation of the Plan and/or any amended Plan is extended to twenty-one (21) days from the conclusion of the Meeting of Creditors.

**IT IS FURTHER STIPULATED** that the Debtor or Debtor's Counsel shall immediately provide notice of the entry of this Order to all interested parties.

Approved per Local Rules (E.D.M.):　　　　　　　Approved as to Form and Content:
/s/ Tammy L. Terry　　　　　　　　　　　　　　　/s/
/s/ TAMMY L. TERRY (P46254)　　　　　　　　　　Erin Springer (P72072)
Chapter 13 Standing Trustee　　　　　　　　　　Attorney for Debtor(s)
535 Griswold, Suite 2100　　　　　　　　　　　　John A. Steinberger
Detroit, MI 48226　　　　　　　　　　　　　　　17515 W. 9 Mile Rd Ste 420
(313) 967-9857　　　　　　　　　　　　　　　　Southfield, MI 48075
mieb_ecfadmin@det13.net　　　　　　　　　　　　248-559-4657
　　　　　　　　　　　　　　　　　　　　　　　erin@steinbergerlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:
Joy Lawery
  Debtor(s).
_____/

CHAPTER 13
CASE NO. 18-52810-TJT
JUDGE: ☒ TUCKER    ☐ OXHOLM

## ORDER ADJOURNING HEARING

This matter currently scheduled for hearing on ____2/7/19____, regarding
**(ONLY PROVISIONS CHECKED BELOW SHALL APPLY):**

☐ the First Meeting of Creditors.
☐ a Motion to Dismiss case.      ☒ Confirmation of Plan.
☐ a Motion to lift stay as to Creditor _____.
☐ Other:_

The parties having agreed to the terms herein, based on the records of the Court, the court being otherwise sufficiently advised in the premises, and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore;

**IT IS ORDERED AND AGREED that:**
**(ONLY PROVISIONS CHECKED BELOW SHALL APPLY)**

☒ The above referenced matter is adjourned to _____3/7/2019 @ 9:00 a.m_____
☐ Debtor(s) shall be 100% current in Plan Payments, pursuant to the Trustee's records, on or before _____.
☐ Debtor(s) shall file and serve amended _____ on or before _____.
☐ Debtor(s) shall attend the adjourned First Meeting of Creditors.
☐ Other: _.

    **IT IS FURTHER ORDERED** that if any of the above is not completed by the date and time specified, the case shall be dismissed upon Order of the Court without further notice or hearing.

    **IT IS FURTHER ORDERED** that the deadline for the Chapter 13 Trustee to file objections to confirmation of the Plan and/or any amended Plan is extended to twenty-one (21) days from the conclusion of the Meeting of Creditors.

    **IT IS FURTHER ORDERED** that the Debtor or Debtor's Counsel shall immediately provide notice of the entry of this Order to all interested parties.

EXHIBIT 1